UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Shaharah Kirven
1751 Towne Crossing Blvd #405
Mansfield, TX. 76063
sdkirven@yahoo.com
817-227-8949
Plaintiff,

v.                                      Civil Action No. 4-24CV-670-P

City of Fort Worth
200 Texas St
Fort Worth, Texas 76102
Defendant.

# COMPLAINT

**Jury Demand**

Plaintiff demands a trial by jury on all issues so triable.

**1. Jurisdiction and Venue**
This Court has jurisdiction under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq. Venue is proper in this district because the events giving rise to this complaint occurred in this district.

**2. Parties**

- Plaintiff: Shaharah Kirven, a resident of Mansfield, Texas, who is a qualified individual with a disability as defined by the ADA.
- Defendant: City of Fort Worth, organized under the laws of Texas, with its principal place of business in Fort Worth, Texas.

**3. Facts**

- Plaintiff was employed with Defendant from October 2016 to September 2021. Plaintiff held the position of Consumer Health Specialist for one year and was then promoted to Senior Consumer Health Specialist in 2017.
- Plaintiff used FMLA 2019 and again in 2020.
- Plaintiff has a documented disability of PTSD and anxiety disorder which significantly affects her ability to sleep, interact, work, eat, drive, concentrate, and focus.
- Plaintiff was subjected to a hostile work environment during employment by having previous accommodations taken away.

- Plaintiff was treated differently than other employees that were allowed to office from home as requested and by being left out communications.
- During employment Plaintiff filed an internal complaint of discrimination and harassment in January 2021. Plaintiff filed a discrimination complaint with the EEOC in March of 2021. Plaintiff also requested reasonable accommodations.
- Defendant failed to provide reasonable accommodation and subsequently retaliated by using it as the basis for terminating Plaintiff in August 2021.

## 4. Claims for Relief
**Count I: Disability Discrimination (ADA)**
Defendant's actions constitute discrimination against Plaintiff on the basis of disability in violation of the ADA.

**Count II: Failure to Accommodate (ADA)**
Defendant's failure to provide reasonable accommodations constitutes a violation of the ADA.

**Count III: Retaliation (ADA)**
Defendant's termination of Plaintiff constituted unlawful retaliation for engaging in protected activity under the ADA.

## 5. Prayer for Relief
WHEREFORE, Plaintiff requests that this Court:
a. Order Defendant to cease all discriminatory practices;
b. Reinstate Plaintiff to their position or award front pay;
c. Award compensatory and punitive damages;
d. Award reasonable attorney's fees and costs;
e. Grant such other relief as the Court deems just and proper.

## 6. Demand for Jury Trial

Plaintiff hereby demands a trial by jury on all issues so triable

July 16, 2024


**Respectfully submitted,**

**Shaharah Kirven**

**1751 Towne Crossing Blvd #405**

**Mansfield, TX. 76063**

sdkirven@yahoo.com

**817-229-8949**

# CIVIL COVER SHEET

JS 44 (Rev. 04/21) (TXND 4/21)

4-24CV-670-P

Case 4:24-cv-00670-BJ    Document 1    Filed 07/17/24    Page 3 of 3    PageID 3

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Shaharah Kirven

**DEFENDANTS**
City of Fort Worth

JUL 17 2024 PM 3:54
RECEIVED-USDC-NDTX-FW

(b) County of Residence of First Listed Plaintiff: Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Tarrant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*
Lauren Azopardi
200 Texas St
Fort Worth, TX 76102

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question *(U.S. Government Not a Party)*
[ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | INTELLECTUAL PROPERTY RIGHTS | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | PERSONAL PROPERTY | LABOR | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 720 Labor/Management Relations | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | | SOCIAL SECURITY | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | | 863 DIWC/DIWW (405(g)) | |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 790 Other Labor Litigation | 864 SSID Title XVI | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights | Habeas Corpus: | 791 Employee Retirement Income Security Act | 865 RSI (405(g)) | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | FEDERAL TAX SUITS | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 896 Arbitration |
| 245 Tort Product Liability | [X] 445 Amer. w/Disabilities - Employment | 535 Death Penalty | IMMIGRATION | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | Other: 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 550 Civil Rights | 465 Other Immigration Actions | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Americans with Disabilities Act (ADA) of 1990

Brief description of cause:
Unequal treatment, failure to accomodate, harrassment and retaliation

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 7/15/2024
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE